United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM S. WOOD, | No. C 05-4332 MHP |
| Plaintiff, | ORDER |
| vs. | |
| J.J. HUGHES et al. | |
| Defendants. | |

The parties are currently in the process of scheduling depositions in this matter. The settlement conference date currently set for June 28, 2007 will be rescheduled to **August 6, 2007** at 10:00 a.m.

SO ORDERED.

Dated: 6/26/07

NANDOR J. VADAS
United States Magistrate Judge