IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM S. WOOD,<br><br>    Plaintiff,<br><br>    v<br><br>J.J. HUGHES et al.,<br><br>    Defendants. | Case No . C 05-4332 MHP<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

    A settlement conference in this matter was held on <u>August 6, 2007</u>. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General

    ☒ Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:
2  _____
3  _____
4  (3)  The outcome of the proceeding was:
5  ☐ The case has been completely settled. The parties agree that a proposed
6  stipulated order for dismissal of this case will be filed within sixty days.
7  ☐ The case has been partially resolved and, on or before
8  _____, counsel for defendants shall file a joint stipulation specifying
9  those claims which have been resolved and those that remain to be resolved by the Court.
10  ☒ The parties agree to an additional follow up settlement on  September 25, 2007
11  at 1:00 p.m.
12  ☐ The parties are unable to reach an agreement at this time.

Date: 8/15/07

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WOOD                                                          No. C 05-4332 MHP

v.                                                            CERTIFICATE OF SERVICE

HUGHES

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**William S. Wood, Jr.**
J-27604
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

RICHARD W. WIEKING, CLERK

By:_____
       Deputy Clerk

3