FILED

UNITED STATES DISTRICT COURT

AUG 22 2007

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM S. WOOD,

    Plaintiff,

v.

J.J. HUGHES et al.,

    Defendants.
_____/

No. C 05-4332 MHP

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of WILLIAM S. WOOD whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: August 21, 2007

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   WARDEN, KERN VALLEY STATE PRISON, DELANO, CA

GREETING

WE COMMAND that you have and produce the body of WILLIAM S. WOOD in your custody in the hereinabove-mentioned Institution, before the United States District Court on September 25, 2007 at 1:00 p.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of WOOD V. HUGHES et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

writ ad test

1 | Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District
2 | Court for the Northern District of California.
3 | Dated: August 22, 2007

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: _M. Martin_
DEPUTY CLERK

8 | Dated: August 22, 2007

NANDOR J. VADAS
United States Magistrate Judge

11 | Copies faxed to counsel of record
and faxed to the United States
12 | Marshal

writ ad test