| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
|   | Attorney General of the State of California |
| 2 | DAVID S. CHANEY |
|   | Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER |
|   | Senior Assistant Attorney General |
| 4 | JONATHAN L. WOLFF |
|   | Supervising Deputy Attorney General |
| 5 | TIMOTHY J. MCDONOUGH, State Bar No. 235850 |
|   | Deputy Attorney General |
| 6 |   455 Golden Gate Avenue, Suite 11000 |
|   |   San Francisco, CA 94102-7004 |
| 7 |   Telephone: (415) 703-5606 |
|   |   Fax: (415) 703-5843 |
| 8 |   Email: Tim.McDonough@doj.ca.gov |
| 9 | Attorneys for Defendants R. Reynaga, K. Pham, C. Moss, E. Moore, R. Pulido, A. Cauntay, D. Tamayo, J. Hughes, T. Richardson, M. Garcia, J. Bennett, and A. Marquez |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WILLIAM S. WOOD, JR, | | C 05-4332 MHP (PR) |
| | Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| v. | | |
| LIEUTENANT J. J. HUGHES, et al., | | |
| | Defendants. | |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of the above-captioned action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and

///
///
///
///
///

Stip. & [Prop.] Order Dismissal                                        Wood v. J. J. Hughes
                                                                        C 05-4332 MHP (PR)

1

1 | each party to bear his/her own attorneys' fees and costs.
2 |
3 | Dated: December 20, 2007
4 | _____
    WILLIAM WOOD, PLAINTIFF
5 |
6 | Dated: December 18, 2007
    _____
    TIM MCDONOUGH
7 | Deputy Attorney General
    Attorneys for Defendants R. Reynaga, K. Pham, C.
    Moss, E. Moore, R. Pulido, A. Cauntay, D. Tamayo, J.
8 | Hughes, T. Richardson, M. Garcia, J. Bennett, and A.
    Marquez
9 |
10 |
11 | IT IS SO ORDERED.
12 | Dated: 4/21/2008
13 |
    40198254.wpd
14 | SF2006200250

**IT IS SO ORDERED**

*Judge Marilyn H. Patel*
United States District Court
Northern District of California

Stip. & [Prop.] Order Dismissal

Wood v. J. J. Hughes
C 05-4332 MHP (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **W. S. Wood v. J. J. Hughes**

No.:   **C 05-4332 MHP (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 18, 2008**, I served the attached

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**William S. Wood, Jr., J-27604**
**Kern Valley State Prison**
**P.O. Box 6000**
**Delano, CA 93216-6600**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 18, 2008**, at San Francisco, California.

| J. Palomino | _/s/ J. Palomino_ |
|---|---|
| Declarant | Signature |

40243588.wpd